**Elizabeth F. Rojas, Chapter 13 Trustee**
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA  91403
(818) 933-5700
www.ch13wla.com

### STATUS REPORT FOR CASE # SV10-16975-AA AS OF 2/9/2015

**William Mason Rose, Jr.**
**Donna Faye Rose**
23350 Canzonet St.
Woodland Hills, CA  91367

CURRENT CASE DISPOSITION:
ACTIVE (Z)

| | |
|---|---|
| FILING DATE: | 06/10/2010 |
| 1ST MEETING DATE: | 07/07/2010 |
| CONFIRMATION DATE: | 09/28/2010 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSECURED: | 0 % |
| MONTHLY PLAN PMT AMT: | $1,096.00 |
| GROSS RECEIPTS: | $60,280.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $56,525.72 |
| FEES PAID TO ATTY: | $0.00 |
| FEES PAID TO TRUSTEE: | $2,710.34 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $1,043.94 |

**LAST 12 RECEIPTS**

| | |
|---|---|
| 01/09/2015 | $1,096.00 |
| 12/10/2014 | $1,096.00 |
| 11/12/2014 | $1,096.00 |
| 10/08/2014 | $1,096.00 |
| 09/10/2014 | $1,096.00 |
| 08/06/2014 | $1,096.00 |
| 07/09/2014 | $1,096.00 |
| 06/11/2014 | $1,096.00 |
| 05/12/2014 | $1,096.00 |
| 04/09/2014 | $1,096.00 |
| 03/07/2014 | $1,096.00 |
| 02/10/2014 | $1,096.00 |

| TRUSTEE CLAIM # | CREDITOR NAME / ACCOUNT # | CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | David R Hagen | ATTORNEY FEE | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | SPECIALIZED LOAN SERVICING, LLC ACCT# 1001789240 | SECURED OMITTED CREDITOR | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | RUSHMORE LOAN MANAGEMENT SERVICES, LLC ACCT# 2184 | PRINCIPAL RESIDENCE | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | LOS ANGELES COUNTY TREASURER ACCT# 2044-018-012 | SECURED CLASS 3 | 0.07 | $9,500.00 | $9,655.06 | $9,655.06 | $591.11 | $0.00 |
| 0004 | Lockheed Federal Credit Union ACCT# 7000-01 | SECURED OMITTED CREDITOR | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | INTERNAL REVENUE SERVICE ACCT# 3121'06-08 | PRIORITY - TAXES | | $49,000.00 | $4,634.35 | $4,634.35 | $0.00 | $0.00 |
| 0006 | Vanda, LLC ACCT# 2971 | UNSECURED | | $5,350.00 | $5,466.88 | $0.00 | $0.00 | $0.00 |
| 0007 | Vanda, LLC ACCT# 3307 | UNSECURED | | $2,984.00 | $2,984.43 | $0.00 | $0.00 | $0.00 |
| 0008 | Capital One, N.a. ACCT# 1768 | UNSECURED | | $2,099.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | eCAST Settlement Corporation ACCT# 1196 | UNSECURED | | $14,174.00 | $12,018.16 | $0.00 | $0.00 | $0.00 |
| 0010 | eCAST Settlement Corporation, assignee ACCT# 5431 | UNSECURED | | $9,343.00 | $9,343.49 | $0.00 | $0.00 | $0.00 |
| 0011 | eCAST Settlement Corporation, assignee ACCT# 2864 | UNSECURED | | $9,544.00 | $9,544.14 | $0.00 | $0.00 | $0.00 |
| 0012 | PRA Receivables Management LLC As Agent Of ACCT# 1171 | UNSECURED | | $805.00 | $805.78 | $0.00 | $0.00 | $0.00 |
| 0013 | Discover Bank/DFS Services LLC ACCT# 1952 | UNSECURED | | $2,498.00 | $2,530.69 | $0.00 | $0.00 | $0.00 |
| 0014 | National Capital Management, LLC. ACCT# 3986 / 5944 | UNSECURED | | $1,814.00 | $1,994.74 | $0.00 | $0.00 | $0.00 |
| 0015 | Home Depot Credit Services ACCT# 1171 | UNSECURED | | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0016 | L.A. County + USC Medical Center ACCT# 9916 | UNSECURED | | $1,900.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | Lamont Hanley & Associ ACCT# 0684 | UNSECURED | | $101.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | OLIVE VIEW UCLA MEDICAL CENTER ACCT# 7408 | UNSECURED | | $550.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | PRA Receivables Management LLC As Agent Of ACCT# 4354 | UNSECURED | | $10,168.00 | $10,951.13 | $0.00 | $0.00 | $0.00 |

**STATUS REPORT FOR CASE # SV10-16975-AA AS OF 2/9/2015 (CONTINUED)**

| TRUSTEE CLAIM # | CREDITOR NAME / ACCOUNT # | CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0020 | PRA Receivables Management LLC As Agent Of ACCT# 1853 | UNSECURED | | $1,385.00 | $1,407.04 | $0.00 | $0.00 | $0.00 |
| 0021 | TARGET NATIONAL BANK ACCT# 5814 | UNSECURED | | $9,563.00 | $10,256.00 | $0.00 | $0.00 | $0.00 |
| 0022 | INTERNAL REVENUE SERVICE ACCT# 3121'06-08 | SECURED CLASS 3 | | $0.00 | $42,755.95 | $41,645.20 | $0.00 | $1,110.75 |
| 0023 | INTERNAL REVENUE SERVICE ACCT# 3121'09 | UNSECURED | | $0.00 | $156.06 | $0.00 | $0.00 | $0.00 |
| 0024 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR ACCT# 2146-022-025 | SECURED DUPLICATE CLAIM | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED:** $1,110.75

**We're Moving:** Effective March 30, 2015 our new office address will be 15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403. This change only affects our office address--all other addresses (including payment addresses) will remain the same.
**Duplicate Claims:** You may believe that certain claims are listed twice, nevertheless, the Trustee is required to pay all claims until the Court directs otherwise. A letter to the Trustee will not stop payment on any claim, the debtors must instead secure an order from the Court. Please contact your attorney for assistance.
**Online Access:** The Trustee offers online access to your case in which you can view status reports, payment history, and much more. Please visit our website at www.ch13wla.com to sign up for an account.